UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD J. BIANCHI,

                Plaintiff,

    v.

DEPARTMENT OF CORRECTIONS, et al,

                Defendants.

Case No. 3:16-cv-05390-BHS-TLF

ORDER DENYING DEFENDANTS' MOTION TO SHOW CAUSE

This matter comes before the Court on defendants' motion to show cause why this matter should not be stayed pending resolution of certain criminal proceedings concerning plaintiff in Clark County, Washington. Dkt. 32. In addition to the stay, defendants further request that plaintiff, who is not currently in DOC custody, file a status report if he has not been transferred back to DOC custody within 90 days of the filing of their motion. *Id.* at p. 1.

On February 22, 2017, the Washington State Court of Appeals granted a state personal restraint petition plaintiff filed, vacating three of his criminal convictions. Dkt. 33, Exhibit 1. The Court of Appeals issued its mandate on August 9, 2017. *Id.*, Exhibit 3. On August 17, 2017, the Clark County Superior Court issued an order transferring plaintiff to the Clark County Jail "for withdrawal of guilty plea and resentencing pursuant to" the mandate. *Id.*, Exhibit 4. On August 21, 2017, plaintiff filed a notice of change of address, advising the Court that he was going to be transferred to the Clark County Jail. Dkt. 31.

Defendants argue a stay is appropriate here, because it is unknown how long plaintiff will

remain at the Clark County Jail, and it is possible he will never return to DOC custody. Plaintiff opposes defendants' request, arguing a stay is inappropriate, given that defendants' motion for summary judgment has been fully briefed, and the parties are merely waiting for the Court's ruling on the matter. The undersigned agrees that given that there is nothing more for the parties to do pending resolution of the summary judgment motion, there is no need to impose a stay of proceedings, and therefore the Court

Accordingly, defendants' motion to show cause, Dkt. 32, is DENIED. The Clerk shall send a copy of this Order to plaintiff and counsel for defendants.

Dated this 1st day of December, 2017.




*Theresa L. Fricke*
_____
Theresa L. Fricke
United States Magistrate Judge